UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

LAURA CHUNG,

       Plaintiff,                            Civil No. 08-1480-ST

      v.                                    ORDER

STRATEGIC DECISIONS GROUP, a
foreign corporation,

       Defendant.

HAGGERTY, District Judge:

      Magistrate Judge Stewart has issued a Findings and Recommendation [23] in this action. The Magistrate Judge recommends granting defendant's Motion to Strike Declaration of Laura Chung [18] and granting defendant's Motion to Dismiss [6]. No objections were filed, and the case was referred to this court.

1 - ORDER

The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).  When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation of the Magistrate.  *Campbell v. United States Dist. Ct.*, 501 F.2d 196 (9th Cir. 1974).

No clear error appears on the face of the record.  This court adopts the Findings and Recommendation in its entirety.

**CONCLUSION**

The Findings and Recommendation [23] is adopted and defendant's Motion to Strike Declaration of Laura Chung [18] and Motion to Dismiss [6] are granted.  This case is dismissed without prejudice and with leave to replead.

IT IS SO ORDERED.

Dated this   23   day of April, 2009.

                                                                        /s/ Ancer L. Haggerty                
                                                                      Ancer L. Haggerty
                                                                      United States District Judge

2 - ORDER