FILED'10 JAN 04 14:12USDC-ORP

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

LAURA CHUNG

    Plaintiff,

v.

STRATEGIC DECISIONS GROUP,
a foreign corporation,

    Defendant.

Civil No. 08-1480-ST

ORDER

HAGGERTY, Chief Judge:

    Magistrate Judge Steward has issued a Findings and Recommendation [55] in this action. The Magistrate Judge recommended that Defendant's Motion for Summary Judgment [33] be granted. No objections were filed, and the case was referred to this court.

    The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When no timely objection is filed, the court need only satisfy itself that there is no clear

1 - ORDER

error on the face of the record in order to accept the recommendation of the Magistrate. *Campbell v. United States Dist. Ct.*, 501 F.2d 196 (9th Cir. 1974).

No clear error appears on the face of the record. This court adopts the Findings and Recommendation.

## CONCLUSION

The Findings and Recommendation [55] is adopted and Defendant's Motion for Summary Judgment [33] is granted.

IT IS SO ORDERED.

Dated this 4 day of January, 2010.

Ancer L. Haggerty
United States District Judge

2 - ORDER